# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWIN L. MANCHE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV217 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEAN M. MEIS, | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on June 25, 2012, the Office of the Clerk of Court sent a letter (Filing No. 4) to:

> Michael J. Wyatt
> MANN LAW FIRM
> 201 East First
> P.O. Box 1202
> Hutchinson, KS 67504-1202

The letter directed the attorney to register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System), within fifteen days.  See NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on August 7, 2012, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 23, 2012**, attorney Michael J. Wyatt shall register or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Wyatt being removed as counsel of record for the plaintiffs.

DATED this 8th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge