## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EDWIN L. MANCHE, et al,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV217 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JEAN M. MEIS,** | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on June 25, 2012, the plaintiffs filed the Complaint (Filing No. 1) listing their attorneys of record. Such listing included an individual named Scott J. Mann from the Mann Law Offices, L.L.C., shown as an associate of Michael J. Wyatt, who signed the Complaint. Also on June 25, 2012, the Office of the Clerk sent a letter (Filing No. 3) to: Mr. Mann directing that he register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. **See** NEGenR 1.3 and NEGenR 1.7. As of the close of business on August 7, 2012, said attorney had not complied with the request set forth in the letter from the Office of the Clerk. On August 8, 2012, the court issued a show cause order requiring said attorney to register for the system or to file an affidavit explaining why he was unable to do so (Filing No. 5). The order warned Mr. Mann that failure to comply with the order would result in his being removed as counsel of record for the plaintiffs. Mr. Mann has not timely responded to the order. Accordingly,

**IT IS ORDERED** that, Scott J. Mann is stricken as an attorney of record for the plaintiffs and shall not be noticed of events in this case. Said attorney may apply to be readmitted as an attorney of record only after registering for admission to practice in this court and for the System.

Dated this 29th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge