## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EDWIN L. MANCHE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | 8:12CV217 |
| ) | |
| vs. ) | ORDER |
| ) | |
| **JEAN M. MEIS,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on June 25, 2012. **See** Filing No. 1. The plaintiffs have initiated no other action in this matter. There is no evidence in the record the plaintiffs have sought a summons or served process. The deadline for service of process expired on or about October 23, 2012. The defendant has not made an appearance. It remains the plaintiffs' duty to go forward in prosecuting the case. Under the circumstances, the plaintiffs must make a showing of good cause for the failure of timely service or the action must be dismissed against the defendant. Upon consideration,

**IT IS ORDERED:**

The plaintiffs have until the close of business **on November 14, 2012**, to file evidence of service or show cause why this case should not be dismissed for failure to prosecute the defendant.

Dated this 30th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge