IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWIN L. MANCHE and MARLA D. MANCHE, individually and on behalf of their minor children;<br><br>    Plaintiffs,<br><br> vs.<br><br>JEAN M. MEIS,<br><br>    Defendant. | 8:12CV217<br><br>ORDER |

  Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 10. No objection has been filed to the F&R. Pursuant to NECivR 72.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

  THEREFORE, IT IS HEREBY ORDERED that:

  1. The F&R of the magistrate judge, Filing No. 10, is adopted in its entirety;

  2. The plaintiff's Complaint, Filing No. 1, is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

  Dated this 10th day of December, 2012.

                BY THE COURT:

                s/ Joseph F. Bataillon
                United States District Judge